Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

TOMMY FOY GUNTER
MARY HEFLEY GUNTER

CASE NO: 13-10278-RLJ-13
HEARING DATE: 1/2/2014
HEARING TIME: 11:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 1/2/2014 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 1/2/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:   12/4/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    12/4/2013  /s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

ABILENE REGIONAL MEDICAL CENTER 6250 HWY 83-84  ABILENE TX 79606
ABILENE TEACHERS FEDERAL CREDIT UNION PO BOX 5706  ABILENE TX 79608
AMERICAN CAPITAL TRUST PO BOX 21712  WACO TX 76702
AMERICAN GENERAL FINANCIAL-SPRINGLEAF FI ATTENTION: BANKRUPTCY PO BOX 3251 EVANSVILLE IN 47731
AT&T PO BOX 5001  CAROL STREAM IL 60197
AUSTIN FINANCE 2428 N 1ST STREET  ABILENE TX 79603
BLALACK & WILLIAMS PO BOX 5706  DALLAS TX 75240
BRANDI WEATHERED 1733 S 21ST STREET  ABILENE TX 79602
BRANDI WEATHERED 1733 STH 21ST  ABILENE TX 79602
CENTRAL FINANCE ATTN BANKRUPTCY PO BOX 66044 ANAHEIM CA 92816
CHRYSLER CAPITAL PO BOX 961275  FORT WORTH TX 76161
EDFINANCIAL SERVICES LOAN 120 N SEVEN OAKS DR  KNOXVILLE TN 37922
ER SOLUTIONS/CONVERGENT OUTSOURCING INC PO BOX 9004  RENTON WA 98057
EZ MONEY LOAN SERVICES 1381 SAYLES BLVD  ABILENE TX 79605
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
KOHLS/CAPONE N56 W 17000 RIDGEWOOD DR  MENOMONEE FALLS WI 53051
MEDICAL DATA SYSTEMS I 128 W CENTER AVE FI 2  SEBRING FL 33870
MERCHANTS & PROFESSIONAL CREDIT BUREAU PO BOX 140675  AUSTIN TX 78714
NOBLE FINANCE 3542 N 6TH  ABILENE TX 79603
ONEMAIN FINANCIAL PO BOX 499  HANOVER MD 21076
SANTANDER CONSUMER DBA CHRYSLER CAPITAL PO BOX 961278 FORT WORTH TX 76161
SANTANDER CONSUMER USA DBA CHRYSLER CAPITAL PO BOX 961275 FORT WORTH TX 76161
SETERUS INC 8501 IBM DR BLD 201, 2DD188  CHARLOTTE NC 28262
SOUTHWESTERN BELL TELEPHONE COMPANY %AT&T SERV KAREN A CAVAGANARO ONE AT&T WAY ROOM 3A104 BEDMINSTER NJ 07921
TOMMY FOY GUNTER & MARY HEFLEY GUNTER 1733 SOUTH 21ST  ABILENE TX 79602
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEST CENTRAL TEXAS COLLECTION BUREAU 1007 W ILLINOIS AVE  MIDLAND TX 79701
WORLD FINANCE CORP WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606